OTIS ELEVATOR COMPANY, Respondent, *v.* GRAHAM & NORTON COMPANY, Defendant, and KIDANSKY & LEVY, INC., Appellant.

(Argued April 9, 1930; decided May 6, 1930.)

*William E. Lyons, Barnett Cohen* and *Frank J. O' Neill* for appellant.

*Jacquin Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.